UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JOEL RENTERIA MENDEZ,

Defendant.

S2 26-cr-00441 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that an initial appearance and arraignment will be held on **October 29, 2026 at 10:00 a.m.** in Courtroom 20B, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: October 9, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge